UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN MIANTI,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br>POLICE OFFICER JUSTIN DIXON, and JOHN DOE and JANE Doe,<br>Individually ,<br>And as employees of the Town of Poughkeepsie Police Department,<br><br>　　　　　　　　　　Defendants. | **ORDER**<br><br>**CIVIL ACTION No. :**<br><br>23-CV-5175 (CS/JM) |

**IT IS HEREBY ORDERED,** that Defendant, JUSTIN DIXON, by his attorneys, McCabe & Mack, LLP has leave of this Court to take the deposition testimony of Inmate Plaintiff, JUSTIN MIANTI, pursuant to Rule 30 of the Federal Rules of Civil Procedure; and it is further **ORDERED**, that the Warden or other official in charge of the MIDSTATE CORRECTIONAL FACILITY 9005 OLD RIVER RD. MARCY, NEW YORK, produce the Plaintiff, JUSTIN MIANTI, (DIN#23B0484), on mutually agreed upon date between the parties herein, on May 3, 2024 at 10:00 am, in accordance with the deadline of this Court set on May 20, 2024, at a suitable location within the Midstate Correctional Facility, for the purpose of participating in a Court Ordered virtual deposition. Attorneys for the Plaintiff, attorneys for the Defendants, as well as a stenographer, shall also be present for said deposition.

**Dated:** April 15, 2024

SO ORDERED.

_Cathy Seibel_
CATHY SEIBEL, U.S.D.J.

1