UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| JUSTIN MIANTI,<br><br>Plaintiff,<br><br>-against-<br>POLICE OFFICER JUSTIN DIXON, and JOHN DOE and JANE Doe,<br>Individually ,<br>And as employees of the Town of Poughkeepsie Police Department,<br><br>Defendants. _____ | **ORDER**<br><br>**CIVIL ACTION No. :**<br>23-CV-5175 (CS/JM) |

**IT IS HEREBY ORDERED,** that Defendant, JUSTIN DIXON, by his attorneys, McCabe & Mack, LLP has leave of this Court to take the deposition testimony of Inmate Plaintiff, JUSTIN MIANTI,Physically, pursuant to Rule 30 of the Federal Rules of Civil Procedure; and it is further

**ORDERED**, that the Warden or other official in charge of the MIDSTATE CORRECTIONAL FACILITY 9005 OLD RIVER RD. MARCY, NEW YORK, produce the Plaintiff, JUSTIN MIANTI, (DIN#23B0484), on mutually agreed upon date between the parties herein, on June 12, 2024 at 12:00 pm, in accordance with the deadline of this Court set on May 20, 2024, at a suitable location within the Midstate Correctional Facility, for the purpose of participating in a Court Ordered virtual deposition. Attorneys for the Plaintiff, attorneys for the Defendants, as well as a stenographer, shall also be present for said deposition.

IT IS ALSO ORDERED That the attorneys should be able to carry their laptop computers, and that the court reporter be allowed to carry her laptop and steno machine to take the depostion.

**Dated:** May 29, 2024

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.   xMcCarthyx

1